NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DEBORAH JEAN MOULTON,                    )
                                         )
          Appellant,                     )
                                         )
v.                                       )          Case No. 2D16-5416
                                         )
STATE OF FLORIDA,                        )
                                         )
          Appellee.                      )
                                         )
_____)

Opinion filed April 4, 2018.

Appeal from the Circuit Court for Collier
County; Lauren L. Brodie, Judge.

Howard L. Dimmig, II, Public Defender, and
Maureen E. Surber, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Linsey Sims-Bohnenstiehl,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

          Affirmed.


LaROSE, C.J., and VILLANTI and SALARIO, JJ., Concur.